KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960
Fax: (415) 436-7234

Attorneys for Plaintiff

FILED

NOV X 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALYN TILLERY,<br><br>Defendant. | ) | No. 3 05 70678 (BZ)<br><br>~~[PROPOSED]~~ ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 3, 2005 UNTIL DECEMBER 1, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing this matter and scheduling an arraignment or preliminary hearing date of December 1, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 3, 2005 until December 1, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant has been released on a bond.

2. The Government has provided defense counsel with over 600 pages of discovery, and defense counsel requires additional time to review this material, discuss it with his client, and evaluate the possibility of a prompt resolution of this matter. Defense counsel also may independently seek additional discovery. Accordingly, the parties seek a continuance of

approximately one month until December 1, 2005.

3. Defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and to waiving the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. In addition, given these circumstances, the Court finds that the ends of justice served by excluding the period from November 3, 2005 until December 1, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date until December 1, 2005, at 9:30A.M. before the duty magistrate judge, and (2) orders that the period from November 3, 2005 to December 1, 2005 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 10/28/05          /s/
                         DAVID COHEN
                         Attorney for Defendant

DATED: 10/28/05          /s/
                         MICHELLE MORGAN-KELLY
                         Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/1/05

HON. JAMES LARSON   EDWARD M. CHEN
United States Magistrate Judge

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 3, 2005 UNTIL DECEMBER 1, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. SECTION 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1**

in the case of <u>**UNITED STATES V. ROSALYN TILLERY**, CR 05-70678 BZ</u> to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

> David Cohen, Esq.
> Cohen & Paik
> 177 Post Street, suite 600
> San Francisco, CA  94108
> Fax No: 415-398-7500

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 28, 2005

/s/
RAWATY YIM
United States Attorney's Office