DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
177 Post Street
Suite 600
San Francisco, CA 94108
Telephone:  (415) 398-3900

Attorneys for Defendant **Rosalyn Tillery**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00756 PJH |
| Plaintiff, | ) | |
| v. | ) | |
| ROSALYN TILLERY, | ) | **STIPULATION AND [**~~PROPOSED~~**] ORDER THEREON** |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties that the Court issue the following subpoena <u>duces tecum</u> pursuant to Fed. R. Crim. P. 17(c), returnable to the Court before trial:

   Custodian of Records
   Aimco Management and/or LaSalle Apartments
   35 Lillian Street
   San Francisco, CA 94124

   IT IS SO STIPULATED.


Dated: January 31, 2006      By: /s/ David J. Cohen
                                    Attorney for Defendant


Dated: January 31, 2006      By: /s/ Michelle Morgan-Kelly
                                    Assistant United States Attorney

IT IS SO ORDERED.

Dated: February 2, 2006

_____
THE HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge